

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-16-00127-CV

Style:  Robert C. Livingston v. Catherine Livingston

Date motion filed*:  September 6, 2016

Type of motion:  Motion for Leave to Late File Brief

Party filing motion:  Appellant Robert C. Livingston

Document to be filed:  Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

      Original due date:  August 8, 2016

      Number of extensions granted:  1  Current Due Dates:  August 22, 2016

      Date Requested:  September 6, 2016

Ordered that motion is:

      ☑ Granted;

            If documents are to be filed, documents due:  N/A.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

On August 9, 2016, the Clerk of this Court granted the appellant's first extension request to file appellant's brief by August 22, 2016, but no warnings were warranted at that time. Because appellant's brief was not timely filed, the Clerk of this Court sent a late-brief notice on August 24, 2016, directing appellant to file a brief and extension or an extension request within 10 days of that notice, or this appeal may be dismissed. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, because the appellant timely filed this second extension request with his appellate brief on September 6, 2016, his second extension request is **granted**, and the Clerk of this Court is directed to file his brief as of September 6, 2016. Appellee's brief, if any, is due **within 30 days** of September 6, 2016. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Laura C. Higley
            ☑ Acting individually    ☐ Acting for the Court

Date:  September 13, 2016

November 7, 2008 Revision